NUMBER 13-07-377-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________ __ 
 


IN RE ROMAN VALVERDE PERALES


_________________________________________________________ __ 



On Petition for Writ of Mandamus


and Motion for Emergency Stay


______________________________________________________ 
_____


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Roman Valverde Perales, filed a petition for writ of mandamus and
motion for emergency stay in the above cause on June 12, 2007. The Court, having
examined and fully considered the petition for writ of mandamus and motion for
emergency stay, is of the opinion that relator has not shown himself entitled to the
relief sought. Accordingly, the petition for writ of mandamus and motion for
emergency stay are DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and 

filed this 13th day of June, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).